### CULWELL et al. v. ALLEN et al. (No. 1104.)

(Court of Civil Appeals of Texas. El Paso. April 1, 1920.)

1. Trial &#9758;388(1)—Court should have filed findings and conclusions on request.

It was error for trial court to fail and refuse to file findings of fact and conclusions of law, though duly requested.

2. Guardian and ward &#9758;10—Minor of 14 may select guardian.

After a minor has reached the age of 14, under Rev. St. 1911, art. 4084, she has the right, subject to certain qualifications and exceptions, to select her own guardian.

Appeal from District Court, Eastland County; Joe Burkett, Judge.

Probate proceeding by Belle Culwell and others against T. S. Allen and others. From judgment denying relief, plaintiffs appeal. Reversed and remanded.

Nickels, Funderburk & Strickland, of Eastland, for appellants.

Earl Conner and Scott, Brelsford & Smith, all of Eastland, for appellees.

HIGGINS, J. This is an appeal from a probate proceeding in the district court of Eastland county, an appeal to that court having been taken from the county court.

Upon trial before the court judgment was rendered denying to appellants any part of the relief sought. There is no statement of facts. The trial court failed and refused to

&#9758;For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

file findings of fact and conclusions of law, though duly requested so to do by appellants. A bill of exception was taken to such failure and is here assigned as error.

[1] Under the authorities the assignment is well taken and is sustained. T. & N. O. Railroad Co. v. Highland Dairy Co., 137 S. W. 137; Wandry v. Williams, 103 Tex. 91, 124 S. W. 85; Werner Stave Co. v. Smith, 120 S. W. 247; Crocker v. Crocker, 19 Tex. Civ. App. 296, 46 S. W. 870; Buckner v. Davis, 61 Tex. Civ. App. 493, 129 S. W. 639; Boyette v. Glass, 140 S. W. 819; Eaton v. Klein, 141 S. W. 828.

There are other assignments presented; but, in the absence of both statement of facts and findings by the court, it is impossible to determine whether they are well taken.

[2] With reference to the third assignment it may be stated, however, that, if the minor Belle Culwell has reached the age of 14, then, subject to certain qualifications and exceptions, she has the right to select her own guardian. Article 4084, R. S.

Reversed and remanded.